IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
|     Plaintiff, | ) |
| v. | ) Case No:<br>) 1:17-cv-01414-TSE-TCB |
| WSSC FEDERAL CREDIT UNION<br>("WSSC FCU") | ) |
|     Defendant. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

    Respectfully submitted,

    /s/ Thomas E. Strelka

    Thomas E. Strelka, VA Bar No. 75488
    L. Leigh R. Strelka, VA Bar No. 73355
    STRELKA LAW OFFICE, PC
    119 Norfolk Avenue, SW,
    Warehouse Row, Suite 330
    Roanoke, Virginia 24011
    Phone: (540) 283-0802
    thomas@strelkalaw.com
    leigh@strelkalaw.com

    Scott J. Ferrell, Esq.
    Victoria Knowles, Esq.
    Pacific Trial Attorneys
    4100 Newport Place Drive, Suite 800
    Newport Beach, CA 92660
    Phone: (949) 706-6464

        Fax: (949) 706-6469
        sferrell@pacifictrialattorneys.com
        vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*

### Certificate of Service

The undersigned hereby certifies that the foregoing was filed on the 19th day of March of 2018 via the Court's electronic CM/ECF filing system. That system will send a Notice of Electronic Filing to:

Matthew A. Ranck, Esq.
17251 Melford Boulevard
Suite 200
Bowie, Maryland 20715
301-352-4950
mranck@decarodoran.com
*Counsel for Defendant*

        /s/ Thomas E. Strelka